# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN LANGLY WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV419-164 |
| JOHN T. WILCHER, | ) |
| Defendant. | ) |

# ORDER

Plaintiff had until July 24, 2019 to return his PLRA forms as directed by the Court. *See* doc. 3 (Order directing plaintiff to submit PLRA forms). Rather than returning the form, plaintiff submitted a letter to the Court indicating that, while he had received the forms, he had returned them to the sheriff and was awaiting new forms. Doc. 4. The Court will construe this letter as a request for an extension of time and a request for new forms. As a result, the Clerk of Court is **DIRECTED** to send plaintiff additional copies of the Consent to Collection of Fees and Prisoner Trust Fund Account Statement forms. Plaintiff shall have thirty days from the

date of this order to complete and return—to the Court—his PLRA forms. Failure to do so will result in a recommendation of dismissal.

**SO ORDERED,** this 14th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA