# United States District Court
## Southern District of Georgia

JOHNATHAN LANGLEY WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-164

JOHN T. WILCHER

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 1, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, judgment is entered dismissing Plaintiff's Complaint without prejudice. This case stands closed.

Approved by: _____

| April 8, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |